International Lamp Manufacturing Company, appellee, v. Julius E. Levin, appellant. Gen. No. 27,868.

Order providing for continuance until further order of an injunction previously granted. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed July 11, 1922. Rehearing denied July 18, 1922.

Frank Schoenfeld, for appellant. Bernard J. Brown, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

## SECOND DISTRICT.

William C. Bolton et al., appellees, v. Mary J. Bolton and A. J. Schneider, administrators of the estate of Alexander Bolton, deceased, appellants. Gen. No. 7,000.

Report of administrators. Order made requiring administrators to charge themselves with proceeds of note and for distribution of such proceeds. Appeal from the Circuit Court of Hancock county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded with directions. Opinion filed February 23, 1922.

O'Harras, Wood & Walker, for appellants. James D. Baird and Scofield, Califf & Bell, for appellees.

Mr. Justice Partlow delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Sam Salk and Charles Pappengea, plaintiffs in error. Gen. No. 6,979.

Convictions under an indictment charging the illegal purchase, transportation and causing the transportation of intoxicating liquors. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1921. Affirmed in part and reversed in part. Opinion filed August 5, 1922.

Alfred F. Tompkins, for plaintiffs in error; Sidney H. Block, of counsel. Ashbel V. Smith and Albert L. Hall, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

Charles Samuelson, appellant, v. Rockford Chamber of Commerce et al., appellees. Gen. No. 7,024.

Assumpsit under a contract for the leasing of land to be used by the United States as an army camp. Judgment for plaintiff and motion by plaintiff for a new trial denied. Appeal from the Circuit Court of Winnebago county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed August 5, 1922.

Roy F. Hall and J. E. Goembel, for appellant. Fisher, North, Welsh & Linscott, for appellees.

Mr. Justice Jones delivered the opinion of the court.

William Kavanaugh, appellant, v. Mary A. Kahler, appellee. Gen. No. 7,029.

Assumpsit to recover money paid to defendant under a land con-